UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUL -5 PM 5: 14

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN. MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 01-CR-20087-01, 02

ALBERTO MONCIVAIS AND
RUBEN LAUREL

    Defendants.
_____/

## SCHEDULING ORDER

On March 1, 2005 and on March 24, 2005 the United States Court of Appeals for the Sixth Circuit entered judgment ordering the sentence vacated and the matter remanded to the district court for resentencing in both cases in accordance with *United States v. Booker*, 543 U.S. ____ 125 S.Ct.738 (2005).

A telephone status conference was held with counsel on June 21, 2005, to discuss further scheduling issues. The Defendants are to submit their re-sentencing memorandums by **July 25, 2005** and Government's responses by **August 15, 2005**. **The Re-sentencing** of defendants Alberto Moncivais and Ruben Laurel will be set for **September 26, 2005 at 2:30 p.m.**

s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 1, 2005

S:\Cleland\TEETS\Criminal\tennwdresent.wpd

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-6-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 314 in case 2:01-CR-20087 was distributed by fax, mail, or direct printing on July 6, 2005 to the parties listed.

---

Thomas L. Parker
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ- Memphis
165 Madison Ave.
Ste. 2000
Memphis, TN 38103

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

James A. Simmons
LAW OFFICE OF JAMES A. SIMMONS
1208 17th Ave., S.
Nashville, TN 37212--280

Honorable Robert Cleland
US DISTRICT COURT